362 P.2d 808

Mike MURILLO, Petitioner,

v.

Felix RODRIGUEZ, Dept. Warden, Respondent.

No. 6985.

Supreme Court of New Mexico.

June 19, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that habeas corpus may not issue to review the policy of the state prison officials.

362 P.2d 808

Tony A. TRUJILLO, Petitioner,

v.

Harold A. COX, The State of New Mexico, Respondents.

No. 6986.

Supreme Court of New Mexico.

June 20, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petitions for writ of certiorari and habeas corpus are denied for the reason that a writ of habeas corpus will not issue to regulate the policy of prison officials.